# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| PAUL JAMES SZARAZ | CASE NUMBER: 8:13 MJ 1182 TGW |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about March 6, 2013, in Pasco County, in the Middle District of Florida, defendant PAUL JAMES SZARAZ was,

  a Felon in Possession of a Firearm,

in violation of Title 18, United States Code, Section 922(g)(1).  I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

  SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
CHRISTOPHER S. FRANCK

Sworn to before me and subscribed in my presence,

March 19, 2013                              at       Tampa, Florida

THOMAS G. WILSON
United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF COMPLAINT

## INTRODUCTION

I, Christopher S. Franck, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, hereinafter referred to as your Affiant, being duly sworn on oath, state the following:

1. Your Affiant is a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, within the meaning of 18 USC 2510(7). As a law enforcement officer, Affiant is empowered to conduct investigations and to make arrests for offenses enumerated in 18 USC 2516.

2. Your Affiant has been employed with the FBI since January 2010. Your Affiant has been assigned to the Tampa Division of the FBI since June of 2010. During this time Affiant was charged with investigating international terrorism and domestic terrorism related activity. In July of 2012, your Affiant graduated from the FBI's Hazardous Devices School and has been a certified public safety bomb technician since that date. The majority of your Affiant's employment in the Tampa Division has focused on the investigation of international and domestic terrorist organizations and potential terrorist threats to national security. Prior to employment with the FBI, your Affiant was a commissioned officer in the United States Marine Corps for four years. At all times during the investigation described in this Affidavit, Affiant has acted in an official capacity as a Special Agent of the FBI.

3. Affiant has participated in all methods of investigation, including but not limited to, physical surveillance, interviews, interrogations, as well as participated in the execution of search warrants and arrest warrants, along with the recovery of evidence.

Through the course of this investigation, your Affiant has become familiar with domestic terrorism organizations and structure.

4. The following information is based on personal knowledge, discussions with other law enforcement officers, debriefings of cooperating witnesses, review of database inquiries, review of evidence, and review of investigative reports and summaries. Where the statements of others are related herein, they are related in substance and in part and not verbatim.

5. This Affidavit is being prepared for the purpose of obtaining a complaint and arrest warrant for Paul James Szaraz (SZARAZ) as well as a search warrant for his residence and property. It does not contain all of the information known to me concerning the offense but does provide probable cause to believe that SZARAZ, a convicted felon, possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1), and continues to possess firearms and ammunition in his residence and on his property as well as having conspired with other associates to commit violent acts against law enforcement personnel. The personal information concerning SZARAZ was provided by a confidential human source (CHS), some of whose reporting has been corroborated over the past two weeks.

**FACTS**

6. On February 25, 2013, Detective (Det) Anthony Capo with the Pasco County Sheriff's Office (PCSO) met with a new CHS for an initial interview. During the interview, the CHS advised Det Capo he/she is a concerned citizen and has information regarding Paul James SZARAZ who resides at 14232 King Richard's Trail, Hudson, Florida 34669. CHS told Det Capo that SZARAZ is a convicted felon and in possession of multiple firearms.

7. During this initial interview, the CHS advised Det Capo that approximately 6 weeks ago he/she visited SZARAZ at his residence, 14232 King Richards Trail, Hudson, Florida 34669, and that upon arrival at SZARAZ's residence, SZARAZ greeted the CHS while wearing a military style flak vest (body armor) with a .45 caliber handgun holstered on his chest. SZARAZ invited the CHS into his residence where the CHS observed several firearms in plain view. The CHS observed two AK-47 style rifles, a military style .50 caliber rifle, several military style flak vests, and several cabinets one of which contained approximately 100 rounds of .50 caliber ammunition. SZARAZ told the CHS he was not allowed to own or possess any of the firearms because he is a convicted felon. SZARAZ further stated everything the CHS could see (referring to firearms) is for sale, and if the CHS needed anything else, SZARAZ could get it (referring to firearms).

8. Your Affiant identified SZARAZ through Florida's Driver And Vehicle Information Database (DAVID) as Paul James Szaraz, Date of Birth in 1966, residence address 14232 King Richards Trail, Hudson, Florida 34669. Your Affiant also identified SZARAZ from the Pasco County Property Appraisers website which listed SZARAZ as being the parcel holder for 14232 King Richards Trail, Hudson, Florida 34669. Your Affiant conducted a National Crime Information Center (NCIC) computer search for SZARAZ and confirmed several felony convictions which include burglary, driving under the influence 3rd violation, driving while license is suspended or revoked, and felon in possession of a firearm.

9. Your Affiant confirmed through the Pinellas County Clerk of the Court that SZARAZ has the following felony convictions:

Burglary, Case No. 8500879CFA, on August 2, 1985;

Felon in Possession of a Firearm, Case No. 90012924CFA, on February 4, 1992;

Driving under the influence 3rd Violation, Case No. 9713925CFANOA, on April 27, 1998; and

Driving while license is suspended or revoked, Case No. 9713925CFANOA, on April 27, 1998.

10. On March 6, 2013, Det Capo contacted the CHS who stated that SZARAAZ had offered to sell him an AK-47 rifle for $1250.00. The CHS set the purchase meeting to occur on or around 1740 hours that day at SZARAZ's residence. Prior to the meeting, Det Capo met with the CHS, conducted a search of his/her person and the CHS's vehicle. Det Capo found the CHS and vehicle free of firearms or illegal drug/contraband. Det Capo then provided the CHS an audio recording device and $1250 in serialized cash. At approximately 1756 hours, the CHS arrived at SZARAZ's residence. While inside the residence, SZARAZ showed the CHS three separate AK-47 style rifles. The CHS picked one of the rifles and provided SZARAZ with the $1250 in exchange for the rifle. SZARAZ returned one $50 bill to the CHS, providing a military style duffle bag in order to conceal the rifle and one 30 round AK-47 style magazine. The CHS then departed the residence and met Det Capo at a predetermined location.

11. Upon contact with Det Capo, the CHS provided him with the AK-47 style rifle, the duffle bag, the 30 round AK-47 style magazine, the returned $50 bill, and one audio recording device. Det Capo then conducted another search of the CHS and the CHS's vehicle and found them both to be free of firearms or illegal drugs/contraband.

12. Upon examination of the rifle, your Affiant observed the rifle is a model ARM 7.62x39 caliber rifle and was made in Egypt by the Maadi Company. It was imported to the US by A.C.C. International, located in Knoxville, Tennessee, thus having moved in interstate and foreign commerce in order to have been found in Florida. Your Affiant confirmed through the Florida Office of Executive Clemency that SZARAZ has not had his 2nd amendment right to possess firearms restored and therefore cannot lawfully own or possess firearms.

13. On March 8, 2013, the CHS provided your Affiant with the following information: the CHS has known Paul James SZARAZ for approximately 1 year and has heard SZARAZ speak openly about being a patriot and having distrust of the US government and law enforcement. SZARAZ speaks of these topics often and at great length. CHS became concerned about SZARAZ when he started speaking militantly about recruiting/banding others together in order to kill law enforcement when they come to take their weapons away and put them all in FEMA camps. In your Affiant's experience, this type of rhetoric is commonly used among Sovereign Citizen Extremists. The CHS stated SZARAZ is always on Alex Jones' infowars.com, and references articles he reads on that website.  As stated above, the CHS observed SZARAZ wearing body armor and carrying a .45 caliber pistol while on his property. The CHS has observed six AK-47 rifles and one .50 caliber BMG rifle (with approximately 100 rounds of ammunition) while inside SZARAZ's residence. The CHS has also heard automatic gunfire coming from SZARAZ's property on several occasions, but has not personally seen SZARAZ fire a full automatic weapon. SZARAZ strategically places weapons by doors and windows in order to defend his residence. The CHS observed a

large "four tumbler" safe in the office area of the residence and saw that SZARAZ stores ammunition in it. The CHS has also observed a surveillance camera which is placed over the back door of the residence.

14. On March 18, 2013, the CHS provided your Affiant with the following information: On March 15, 2013, SZARAZ left word for the CHS that he would be testing a fully automatic firearm on his property that evening. At approximately 2045 hours that evening, the CHS heard full automatic rifle fire coming from SZARAZ's property located at 14232 King Richards Trail, Hudson, FL. The CHS recognizes the sound of automatic rifle fire as he is a former Marine with active duty experience.

## CONCLUSION

Based on the above facts, your Affiant believes there is probable cause to believe that Paul James SZARAZ possessed and is presently in possession of firearms and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

Further, your affiant sayeth naught.

_____
CHRISTOPHER S. FRANCK
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 19th day of March, 2013 in Tampa, Florida.

_____
THOMAS G. WILSON
United States Magistrate Judge